IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PHILIP LEE HANDLEY, #123116, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:12cv540-TMH |
| | ) | |
| BOBBY BARRETT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 4th day of September, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE